ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Motion Picture Association, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| In Re 17 U.S.C. §512(h) Subpoena to<br><br>CLOUDFLARE, INC. | Case Number: 2:21-mc-01046<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |
|---|---|

Case No. 2:21-mc-01046
REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(H)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Motion Picture Association, Inc. through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Cloudflare, Inc. to identify alleged infringers, as set forth in the attached notice and declaration of Jan van Voorn.

DATED: August 13, 2021            MUNGER, TOLLES & OLSON LLP

By:     */s/ Rose Leda Ehler*
       ROSE LEDA EHLER

Attorney for Motion Picture Association, Inc.